# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2017

154776 & (65)(66)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

VANESSA OZIMEK,
      Plaintiff-Appellant,

v

LEE J. RODGERS,
      Defendant-Appellee.

SC: 154776
COA: 331726
Wayne CC: 13-109046-DC

_____/

      On October 11, 2017, the Court heard oral argument on the application for leave to appeal the August 25, 2016 judgment of the Court of Appeals. The motions to supplement oral argument are GRANTED. On order of the Court, the application is again considered, and it is DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2017



s1115t

            Clerk